June 08, 2007

Mr. Philip A. Lionberger
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548
Mr. Scott Ozmun
Whitehurst Harkness Ozmun & Brees, P.C.
P.O. Box 1802
Austin, TX 78767-1802

RE: Case Number: 06-0050 consolidated with 06-0172
 Court of Appeals Number: 03-05-00007-CV & 03-05-00271-CV
 Trial Court Number: 75107C & 75,107-D

Style: THE STATE OF TEXAS
 v.
 BARBARA OAKLEY, AS GUARDIAN OF THE ESTATE AND PERSON OF RICHARD
 DANZIGER

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed consolidated
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Diane O'Neal |
| |Ms. Dana |
| |DeBeauvoir |